IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION



OCEANSTAR MARITIME CO.,

    Plaintiff

v.                                     CIVIL NO. 2:18cv275

NORVIC SHIPPING INTERNATIONAL
LTD. and NORVIC SHIPPING NORTH
AMERICA INC.,

    Defendants.

## ORDER

This matter comes before the Court upon the Notice of Voluntary Dismissal filed by Oceanstar Maritime Co. ("Plaintiff") on May 25, 2018. ECF No. 14. In the Notice, Plaintiff voluntarily dismisses this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, all previous Orders, writs, attachments, garnishments, or other injunctions entered in this matter are **VACATED** and the matter is **DISMISSED** without prejudice.

The Clerk is **DIRECTED** to forward a copy of this Order to all Counsel of Record.

**IT IS SO ORDERED**.

                                                  /s/
                                Robert G. Doumar
                                Senior United States District Judge
                                UNITED STATES DISTRICT JUDGE

Norfolk, VA
May 25, 2018